UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST PIPELINE G.P.,

    Plaintiff(s),

  v.

DEAN and ALIDA FRANCISCO,

    Defendant(s).

NO. C08-601MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the parties' Stipulation and Agreed Order Moving Case Deadlines (Dkt. No. 26).

The Court will not sign the order as prepared. There must be at least four (4) months between the dispositive motions filing deadline and the commencement of trial. The parties are free to re-submit an agreed order which conforms to this requirement.

Filed this 18th day of September, 2008.

                              BRUCE RIFKIN, Clerk

                              By    /s Mary Duett
                                       Deputy Clerk

MINUTE ORDER